UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID CARLTON CORNETHAN,<br>Plaintiff,<br>v.<br>YOHANNIS TSEGAY,<br>Defendant. | CASE NO. C26-2192 BHS<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), recommending the Court dismiss pro se prisoner plaintiff David Cornethan's complaint without prejudice as barred by *Heck v. Humphrey*, 512 U.S. 477, 487 (1994). Dkt. 5. Cornethan asserts a civil § 1983 damages claim based on the altercation on a Seattle bus that resulted in his conviction. The R&R concludes that success on his claim would necessarily imply that the underlying conviction was invalid:

> [A] plaintiff **MAY NOT** proceed with their claims **UNLESS** and **UNTIL** the plaintiff **can demonstrate** the underlying conviction or sentence have been I**NVALIDATED**.

Dkt. 5 at 4 (citing *Heck*, 512 U.S. at 487) (emphasis in R&R).

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *see also* Fed. R. Civ. P. 72(b)(3). It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

The Court must "review the Magistrate Judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing § 636(b)(1)(C)). A proper objection requires "specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).

Cornethan has not objected to the R&R. The R&R is not clearly erroneous or contrary to law. It is **ADOPTED** and Cornethan's complaint is **DISMISSED** without prejudice.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 13th day of August, 2026.

BENJAMIN H. SETTLE
United States District Judge